COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**CORRECTED**
NOTICE TO TRIAL-COURT CLERK
REGARDING AFFIDAVIT OF INDIGENCE
FILED IN COURT OF APPEALS

Appellate case name:      In the Interest of A. L. D. L., a child

Appellate case number:    01-15-00826-CV

Trial court:             County Court at Law No 1 of Galveston County

Trial court case number:   14-FD-2183

On November 17, 2015, appellant, P.D., filed in this Court an affidavit of indigence. *See* TEX. R. APP. P. 20.1(c)(1). Appellant mistakenly filed the affidavit in this Court instead of in the trial court. *See* TEX. R. APP. P. 20.1(c)(1). On November 18, 2015, the Clerk of this Court sent the affidavit to the trial-court clerk. The trial-court clerk is instructed to note the date the affidavit was received in the trial court, but *file* the affidavit effective as of the date the affidavit was filed in this Court, November 17, 2015.  *See* TEX. R. APP. P. 25.1(a). A copy of the affidavit also is on file with this Court.

The trial-court clerk must promptly send a copy of the affidavit to the appropriate court reporter. *See* TEX. R. APP. P. 20.1(d)(1). Any contest to the affidavit, including a claim that the affidavit was not timely filed, is due to be filed in the trial court ten days after the affidavit is *received* by the trial-court clerk.  *See* TEX. R. APP. P. 20.1(e) (time for contest); *see also Higgins v. Randall Cnty. Sheriff's Office*, 193 S.W.3d 898, 899–900 (Tex. 2006) (holding untimely filed affidavit was nonetheless valid unless trial court sustains contest to affidavit); *see also* TEX. R. APP. P. 20.1(c)(1) (time for filing affidavit in appeal).

If no contest to the affidavit is filed, the trial-court clerk must promptly notify this Court. If a contest is filed, then the trial-court must promptly prepare, certify, and file in this Court a clerk's record containing the affidavit of indigence, contest(s) to the affidavit of indigence, the trial court's signed order extending the time for conducting a hearing on the contest (if any), the trial court's signed order sustaining the contest(s) to the affidavit of indigence, and any other documents directly related to the affidavit of indigence. *See* TEX. R. APP. P. 34.5(c)(1). If any party requests that a hearing related to the contest be transcribed, then the court reporter must promptly prepare, certify, and file in this Court a reporter's record containing all relevant

documents relating to the contest. The trial-court clerk and/or reporter must file the required notice, record, or status report no later than December 18, 2015.

A copy of the affidavit of indigence filed in this Court on November 17, 2015, and sent to the trial-court clerk on November 18, 2015, is attached to this notice.

Clerk's signature: _____

Christopher A. Prine, Clerk of the Court

Date: December 3, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 17 2015

CHRISTOPHER
CLERK

## AFFIDAVIT OF INDIGENCE

CAUSE NO. 01-15-00926-CV

| | | |
|---|---|---|
| Precious Day #288382<br>6700 Ave N<br>Galveston, Tx 77551 | ☑ | IN THE DISTRICT COURT #1 |
| | ☐ | _____ JUDICIAL DISTRICT |
| | ☑ | Galveston _____ COUNTY,<br>TEXAS |

THE STATE OF TEXAS:

COUNTY OF Galveston :

The undersigned makes this affidavit in connection with the filing of the above-numbered and entitled cause without the posting of a security deposit and for the purpose of having citation issued in accordance with Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1. *(The items applicable to the undersigned and checked and the information called for is furnished under penalties of perjury.)*

1. Basis for indigence: I am unable to pay a court cost because:

[ ] I am presently receiving a government entitlement based on indigence as follows (describe nature and amount of government entitlement): _____

_____

and

I have no ability to pay court costs based on facts set out below.

2. Employment information:

[☑] I am not now employed; the last time I was employed was April, 2015 _____ at The pizza oven at hemah Board Walk _____

_____

[ ] I am employed: I work for _____

___The nature *of* the job is_____. The income I receive from this job is $ _____ per _____.

3. Income from sources other than employment:

[ ] I have no income with is derived from sources other than employment, such as interest,

## FORM 3

dividends, annuities, etc.

[ ] I have income derived from sources other than employment as follows:

Type of income      Amount per period

_____      _____

_____      _____

4. Spouse's Income

[ ] My spouse has no income.

[ ] My spouse has income as follows:

Type of income      Amount per period

_____N\A_____      _____N\A_____

_____N\A_____      _____N\A_____

5. Property:

[X] I own no property and no interest in any property.

[ ] I own the following interests in property:

Real Estate: _____N\A_____

_____

Motor Vehicles:_____N\A_____

_____

Stock and/or bonds:_____N\A_____

_____

Cash _____N\A_____

Other: _____N\A_____

6. Bank Accounts:

| Bank | Type of Account | Amount |
|------|-----------------|--------|
| N\A | | |
| N\A | | |

**FORM 3**

N/A       N/A       N/A

7. Dependents:

[ ] I have no dependents.

[✓] I have the following dependents:

| Name | Age | Relationship |
|------|-----|--------------|
| Willis Shaw JF | 15 | son |
| Arkadia LaCaze | 10 | daughter |
| A'yria LaCaze | 8 | daughter |
| Ayon LaCaze | 6 | daughter |

8. Debts:

[ ] I have no debts.

[✓] I have the following debts:

| Creditor | Amount |
|----------|--------|
| Sun loan Company | $300.00 |
| Center Point Energy | $300.00 |
| Woodforest Bank | $150.00 |

9. I have the following monthly expenses:

| Type of Expense: | Amount per month |
|------------------|------------------|
| food | $649.00 |
| shelter | $375.00 |
| phone | $35.00 |

10. Loans:

I have attempted to obtain a loan for these costs from the following financial and/or lending institutions, but have been unable to secure such a loan.

**FORM 3**

Financial Institution/Lender:                    Address:

_____ N/A _____    _____

_____ N/A _____    _____

_____ N/A _____    _____

_____ N/A _____    _____

11. Attorneys:

[✓] I was not represented by an attorney in this court.

[ ] I was represented by an attorney in this court, but my attorney did not charge me a legal fee for this representation.

[ ] I was represented by an attorney in this court under a contingent fee arrangement.

12. Costs:

[ ] No attorney has agreed to pay or advance my court costs.

[ ] An attorney has agreed to pay or advance my court costs under the following circumstances (explain here): _____

_____

_____.

I am unable to pay the costs of court. I verify that the statements made in this affidavit are true and correct..

Signed this the 12th day of November, 2015

_____
Affiant

Sworn and Subscribed to before me this the 12th day of November, 2015.

_____    Name Printed: J. Curtis
Notary Public, Galveston County, Tex.    My commission expires: 10·31·2017

# FORM 3

ATTORNEY FOR THE AFFIANT SHALL CERTIFY THE CONDITIONS UNDER WHICH HE REPRESENTS THE AFFIANT.

_____

_____

_____

_____

_____

Date: _____, 20____     _____
                                              Signature of Attorney

© TACSRS 2001

**FORM 3**

Precious Day #2407712
3100 Ave N
Galveston Tx 77551

Legal Mail

PRIVILEGED
INMATE MAIL

Clerk, Court Of Appeals
Ben an Jacinto 10th Floor
Houston Tx 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 17 2015

CHRISTOPHER A. PRINE
CLERK

USA

FOREVER